ENTER

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UBALDO M. GUTIERREZ,<br><br>    Petitioner,<br><br>    v.<br><br>D. DEXTER, Warden,<br><br>    Respondent. | Case No. CV 07-00122-MMM MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed with prejudice.

Dated: _October 30, 2008_

_Margaret M. Morrow_
Margaret M. Morrow
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY